```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| GARDEN HOMES MANAGEMENT, INC., et al., | CIVIL ACTION NO. 06-1233 (MLC) |
|  | **MEMORANDUM OPINION** |
| Plaintiffs, |  |
| v. |  |
| ILLINOIS UNION INSURANCE COMPANY, |  |
| Defendant. |  |

**THE PLAINTIFFS** having brought an action by way of a motion under Federal Rule of Civil Procedure 45 to quash a subpoena issued in relation to an action brought in the United States District Court for the Southern District of California (dkt. entry no. 1); and the plaintiffs advising the Court that they wish to withdraw the action (3-30-06 Telephone Call with counsel, Melanie Butler of Seltzer, Caplan, McMahon, Vitek); and thus the Court intending to (1) deny the pending motion without prejudice, and (2) deem the action to be withdrawn; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge